DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AMERICAN HERO CONSTRUCTION OF FLORIDA, LLC,

Appellant,

v.

SHERRYL BABB,

Appellee.

No. 2D2025-0677

_____

January 14, 2026

Appeal from the Circuit Court for Manatee County; Heather Doyle, Judge.

Michael L. Buckner of Buckner Legal Self Help Program, Inc., Coral Springs, for Appellant.

Gavin D. Magaziner of Magaziner Law, P.A., Dunedin, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.